THADDEUS SINGLETON, as Administrator, etc., of CLARA C. SINGLETON, Deceased, Respondent, v. RUBEL ICE CORPORATION, Appellant, and Another, Defendant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term it is ordered to be placed at the foot of the calendar) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS CARROLL, Appellant.— Motion for enlargement of time granted and appeal ordered to be added to the October term calendar. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

## (October 5, 1936.)

AMERICAN DOLLAR CLEANERS & DYERS, INC., Appellant, v. THE PROGRESSIVE CLEANERS & DYERS, INC., and INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, Respondents.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

JULIA CANTOR, Appellant, v. MURRAY BOXER and Others, Defendants; PAUL GOETZ and Others, Respondents.— Motion to resettle order of this court dated July 2, 1936, denied, without costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

JOHN HOLLEY CLARK, JR., Respondent, v. FIORELLO H. LAGUARDIA, as Mayor of the City of New York, THE CITY OF NEW YORK, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

ISAPHINE T. CLARK, Appellant, v. NATIONAL BANK OF FAR ROCKAWAY, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

ELIZA FRANCES COLES, Plaintiff, v. JOHN J. CARROLL and Others, Respondents, and FANNIE ELIZA WALLACE, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 618.] The following question is certified: Should the motion of defendant-appellant Wallace have been denied? Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

ANGELA CONTI, as Administrator, etc., of CIRINO M. CONTI, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

FRANK DRHA, Appellant, v. LEO JELINEK, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

ALEXANDER FELDMAN, Appellant, v. REALTY ASSOCIATES, INC., Respondent, and ANNE V. HOWE ORCHARD, Also Known as VERA HOWE, Defendant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.